No. 15-25-00011-CV

ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/9/2025 3:58 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/9/2025 3:58:32 PM
CHRISTOPHER A. PRINE
Clerk

**In the Fifteenth Court of Appeals**
**Austin, Texas**

The Board of Regents of the University of Texas Systems, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center
*Appellants,*

*v.*

Gensetix, Inc.,
*Appellee.*

On Appeal from Cause No. 2021-73071
In the 152nd Judicial District of Harris County, Texas

**AGREED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

Appellee Gensetix, Inc. files this unopposed motion seeking a 30-day extension of time to file Appellee's Brief to July 29, 2025 pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). In support of this motion, Appellee shows the following:

1.     This is Appellee Gensetix's first motion to extend time, and Appellants do not oppose, which it noted in its Second Motion for Extension of Time filed May 2, 2025.

2.     Gensetix's Brief is currently due on Monday, **June 30, 2025**.

3.     Appellee's counsel relies on several reasons explaining the need for the requested extension and provide good cause for extending Gensetix's briefing deadline.  The parties conferred on May 2, 2025, and Appellants filed a second unopposed motion to extend the deadline for the Appellants' Brief.  The extension was granted on May 6, 2025, and Appellants filed their brief today, June 9, 2025.

4.     The June 29, 2025 deadline for Appellee's Brief conflicts with trial preparation for Genesetix counsel, Mr. Ryan Pigg.  Mr. Pigg is scheduled for the trial docket in Harris County for the two-week period beginning on July 7, 2025, in Cause No. 2023-62018; *Christie Achapu, Ind. and o/b/o The Estate of Tochukwu Kelvin Achapu v. Main Lane Industries, LTD., and Main Lane Management, LLC*; In the 157th JDC of Harris County, Texas.  The current deadline also conflicts with scheduled family out-of-school summer holiday vacation plans.

5.     Counsel for Gensetix seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented.  This motion is not filed for the purpose of delay, nor will Appellant be harmed because Appellant is unopposed to this extension request.

6. The undersigned conferred with Terri Abernathy, Assistant Attorney General, counsel for the Appellants, and she indicated that her client does not oppose this motion and stated so in Appellant's filing.

7. All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under Texas Rule of Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellee respectfully requests that this Court grant this unopposed first motion to extend time to file Appellee's Brief and extend the deadline for filing Appellee's Brief up to and including **July 29, 2025**. Gensetix requests all other relief to which it may be justly entitled.

Respectfully submitted,

By:  */s/ Cabrach Connor*
State Bar No. 24036390
Email:  Cab@CLandS.com
Jennifer Tatum Lee
State Bar No. 24046950
Email:  Jennifer@CLandS.com
Sergio R. Davila
State Bar No. 24079795
Email:  Sergio@CLandS.com

**CONNOR LEE & SHUMAKER PLLC**
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
512.777.1254 (main)
888.387.1134 (fax)

**THE BUZBEE LAW FIRM**

Anthony G. Buzbee
State Bar No. 24001820
Email:  tbuzbee@txattorneys.com
Ryan S. Pigg
State Bar No. 24088227
Email:  rpigg@txattorneys.com
713.223-5393

**ATTORNEYS FOR APPELLEE
GENSETIX, INC.**

4

**CERTIFICATE OF CONFERENCE**

I certify that I conferred with Terri Abernathy by phone and electronic mail, and Appellants agreed and are unopposed to Appellee's Motion to Extend Time to file its Brief.

/s/ *Cabrach J. Connor*
Cabrach J. Connor

**CERTIFICATE OF SERVICE**

I certify that on June 9, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

David E. Harrell, Jr.
David.Harrell@troutman.com
Deanna Markowitz Willson
Chris Dove
TROUTMAN PEPPER LOCKE LLP
600 Travis St., Suite 2800
Houston, Texas 77002

Terri M. Abernathy
Terri.Abernathy@oag.texas.gov
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol
Austin, TX 78711

/s/ *Cabrach J. Connor*
Cabrach J. Connor

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Cabrach Connor
Bar No. 24036390
cab@clands.com
Envelope ID: 101798372
Filing Code Description: Motion
Filing Description: Agreed Motion for Extension of Time to File Appellee's Brief
Status as of 6/9/2025 4:02 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 6/9/2025 3:58:32 PM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 6/9/2025 3:58:32 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 6/9/2025 3:58:32 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 6/9/2025 3:58:32 PM | SENT |
| David E.Harrell | | David.Harrell@troutman.com | 6/9/2025 3:58:32 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 6/9/2025 3:58:32 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 6/9/2025 3:58:32 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 6/9/2025 3:58:32 PM | SENT |
| Cabrach Connor | | Cab@CLandS.com | 6/9/2025 3:58:32 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 6/9/2025 3:58:32 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 6/9/2025 3:58:32 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 6/9/2025 3:58:32 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 6/9/2025 3:58:32 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 6/9/2025 3:58:32 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 6/9/2025 3:58:32 PM | SENT |
| Lionel Sims | | lsims@txattorneys.com | 6/9/2025 3:58:32 PM | SENT |